SCAD-14-0000775

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

M. CORA AVINANTE,
Respondent.

---

ORIGINAL PROCEEDING
(ODC CASE NOS. 10-069-8903; 12-024-9040; 12-030-9046)

ORDER OF REINSTATEMENT
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the November 12, 2014 affidavit submitted by Respondent M. Cora Avinante and the record, it appears Respondent Avinante has complied with the requirements of Rule 2.16 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH) as well as all relevant requirements of the June 12, 2014 order imposing upon her a 120-day period of suspension from the practice of law, except for the completion of the audit of her practice and submission of proof of adoption of the audit's recommendations.  It further appears Respondent Avinante has until June 12, 2015 to complete the aforementioned audit and

submit proof of completion.  Finally, it appears the Office of Disciplinary Counsel was served notice of Respondent Avinante's affidavit, as required by RSCH Rule 2.17(b)(2). Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.17(b), Respondent Avinante is reinstated to the practice of law in this jurisdiction, effective upon entry of this order.

IT IS FURTHER ORDERED that Respondent Avinante is hereby notified that failure to meet the July 12, 2015 deadline for submission of proof of adoption of the recommendations arising from the audit of her practice may result in a further period of suspension, upon a review of the record, including relevant audit reports.

DATED: Honolulu, Hawaiʻi, December 8, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson